# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1427. JOSE VALDEZ-RODRIGUEZ v. THE STATE.**

In 2017, Jose Valdez-Rodriguez was convicted of trafficking methamphetamine and other crimes. Valdez-Rodriguez did not file a timely appeal. In January 2019, Valdez-Rodriguez filed a motion for out-of-time appeal, which the trial court granted. Valdez-Rodriguez then filed a motion for new trial. In March 2022, the trial court entered an order dismissing the entire matter for lack of jurisdiction, effectively dismissing the motion for out-of-time appeal and motion for new trial, and Valdez-Rodriguez filed this appeal.

In *Cook v. State*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022). Valdez-Rodriguez, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Thus, the trial court correctly determined that it did not have jurisdiction to consider Valdez-Rodriguez's motion for new trial, and the court's order dismissing the motions does not present a cognizable basis for

an appeal. See *Henderson v. State*, 303 Ga. 241, 244 (2) (811 SE2d 388) (2018).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/13/2022__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*